JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:    (406) 761-7715
Fax:        (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

SEP 17 2021

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 21-31-BU-DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | FALSE INFORMATION AND HOAXES<br>Title 18 U.S.C. § 1038(a)(1)<br>(Penalty: Five years of imprisonment, $250,000 fine, and three years supervised release) |
| DORA SANDRA GOMEZ, *aka Bella Gomez,* | |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about May 8, 2021, at or near Dillon, in Beaverhead County, in the State and District of Montana, the defendant, DORA SANDRA GOMEZ, *aka Bella Gomez,* knowingly engaged in conduct with intent to convey false and misleading information, under circumstances where such information might

1

reasonably be believed, and where such information indicated that an activity had taken, is taking, and will take place that would constitute a violation of Chapter 40 of Title 18 of the United States Code, in that the defendant, DORA SANDRA GOMEZ, *aka Bella Gomez,* utilized an instrument of interstate commerce to place an anonymous phone call to a banquet organized by the Montana Trappers Association, and stated that a remotely operated explosive device was located inside the building where the banquet was taking place and people could get hurt, or words to that effect, which if true, would constitute a violation of 18 U.S.C. § 844(e), all in violation of 18 U.S.C. § 1038(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

10/14/21 @ 2:30 pm
Crim. Summons ✓ Msla - KLD
Warrant: _____
Bail: _____