JEFFREY K. STARNES
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:     (406) 761-7715
Fax:         (406) 453-9973
E-mail:    jeff.starnes@usdoj.gov



**FILED**

**NOV 2 3 2021**

Clerk, U.S District Court
District Of Montana
Great Falls

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 21-31-BU-DLC |
|---|---|
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | INTERSTATE COMMUNICATION OF A THREAT |
| DORA SANDRA GOMEZ, *aka Bella Gomez,* | Title 18 U.S.C. § 875(c) (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 8, 2021, at or near Dillon, in Beaverhead County, in

the State and District of Montana, the defendant, DORA SANDRA GOMEZ, *aka*

*Bella Gomez,* did knowingly and willfully transmit in interstate commerce from

Albuquerque, in the State and District of New Mexico, to Dillon, in the State and

District of Montana, a communication to a secretary at the Frontier Events Center,

which was hosting a fundraising banquet for the Montana Trappers Association,

which contained a threat to injure another; specifically, defendant GOMEZ stated

"people who hate trappers are coming and someone will get hurt," or words to that

effect, and such communication was made with intent to threaten, in violation of

18 U.S.C. § 875(c).

JEFFREY K. STARNES
Assistant U.S. Attorney

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

2